IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD MEDINA,

        **Plaintiff,**

v.                                          13-CV-00619 KG/CG

**BAYARD CITY CHIEF OF POLICE
SAM CHARBAGI, and THE CITY OF BAYARD,**

        **Defendants.**

## ORDER GRANTING PLAINTIFF'S
## MOTION TO AMEND COMPLAINT

THIS MATTER came before the Court on Plaintiff's Motion to Amend Complaint [Doc. 20] and Plaintiff's Notice of Errata [Doc.21]. The Court having reviewed the Motion and Notice finds that it well taken, and hereby grants leave of Plaintiff to file his Amended Complaint.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy
Shannon L. Kennedy
Theresa V. Hacsi
Attorneys for Plaintiff
1000 Second Street NW
Albuquerque, New Mexico 87102
*Attorneys for Plaintiff*

Approved by:

*Approved via e-mail on January 6, 2014*
Lawrence R. White
Joshua L. Smith
3800 E. Lohman Ave., Suite B
Las Cruces, New Mexico 88011
Telephone: (575) 523 -2481
Facsimile: (575) 526-2215
*Attorneys for Defendants*