IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RICHARD MEDINA,**

    **Plaintiff,**

v.                                                  No. 13-CV-00619 KG/CG

**BAYARD CITY CHIEF OF POLICE
SAM CHARBAGI and the
CITY OF BAYARD,**

    **Defendants.**

## ORDER GRANTING PLAINTIFF'S
## UNOPPOSED MOTION TO EXTEND PAGE LIMITS

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Extend Page Limits in excess of twenty-four (24) pages for their Response to Defendants' Motion for Summary Judgment and extend exhibit page limits in excess of fifty (50) pages for their corresponding exhibits to their Response to Defendants' Motion for Summary Judgment. Having considered the Motion and finding that it has merit, the Court concludes that it should be granted.

IT IS, THEREFORE, HEREBY ORDERED that Plaintiff is granted leave to file their Response to Defendants' Motion for Summary Judgment in excess of twenty-four (24) pages and granted leave to file their exhibits in excess of fifty (50) pages.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

KENNEDY KENNEDY & IVES

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy
Shannon L. Kennedy
Theresa V. Hacsi
1000 Second Street NW
Albuquerque, NM 87102
Phone: 505-244-1400
Fax: 505- 244-1406
*Attorneys for Plaintiff*

*Approval via telephone on June 9, 2014 by*
Lawrence R. White
Cody R. Rogers
Miller Stratvert, P.A.
3800 E. Lohman, Suite H
Las Cruces, NM 88011
*Attorneys for Defendants*