IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD MEDINA,

     Plaintiff,

vs.                                                No. CIV-13-00619 KG/CG

BAYARD CITY CHIEF OF POLICE
SAM CHARBAGI, and THE CITY OF BAYARD,

     Defendants.

ORDER GRANTING SUMMARY JUDGMENT
AND DISMISSAL OF ALL CLAIMS

Having granted Defendants' Motion for Summary Judgment (Doc. 38) and having

determined that all of Plaintiff's claims against Defendants will be dismissed with prejudice by a

Memorandum Opinion and Order entered contemporaneously with this Order Granting Summary

Judgment and Dismissal of All Claims,

     IT IS ORDERED that

     1.  summary judgment is entered in favor of Defendant Sam Charbagi on all claims of

Plaintiff's Amended Complaint (Doc. 23), filed January 13, 2014;

     2.  summary judgment is entered in favor of Defendant City of Bayard on Count III, V,

VI, VII, and VII of Plaintiff's Amended Complaint; and

     3.  all of Plaintiff's claims against Defendant Sam Charbagi and Defendant City of

Bayard are dismissed with prejudice, thereby terminating this lawsuit.

_____
UNITED STATES DISTRICT JUDGE